IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT KEITH DENNIS,** | 2:08-cv-01214 JAM GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES YATES, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Amended Petition for Writ of Habeas Corpus be filed on or before August 25, 2008.

Dated: 07/23/08         /s/ Gregory G. Hollows
                        The Honorable Gregory G. Hollows

denn1214.eot

[Proposed] Order