IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT KEITH DENNIS,** | 2:08-cv-01214 GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES YATES, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, Respondent's request for a 30-day extension of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on September 24, 2008.

Dated: 08/27/08        /s/ Gregory G. Hollows
                       U.S. Magistrate Judge

denn1214.eot2

[Proposed] Order

1